| | |
|---|---|
| Cause number: | 01-13-00649-CV |
| Style: | Wendy Fobbs |
| | **v** Invum Two, LLC |
| Date motion filed[*]: | September 18, 2013 |
| Type of motion: | Motion to extend time to pay filing fee |
| Party filing motion: | Appellant |
| Document to be filed: | |

If motion to extend time:

| | | | |
|---|---|---|---|
| Original due date: | July 25, 2013 | | |
| Number of prior extensions: | 0 | Current Due date: | |
| Date Requested: | | | |

Ordered that motion is:

☐      Granted

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐      Other: _____

**Appellant neither provides any explanation of the need for an extension nor states how long of an extension she is requesting. *See* TEX. R. APP. P. 10.5(b)(1) (requiring motion to state length of extension sought and to provide facts relied on to reasonably explain need for extension). Accordingly, we DENY the motion. We further ORDER appellant to pay the appellate filing fee within 10 days of the date of this order, or this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3.**

Judge's signature:/s/ <u>Justice Jane Bland</u>
          ☒ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date: October 1, 2013